[No. 35838-7-II.   Division Two.   June 17, 2008.]

CHARLES E. WEAVER ET AL., *Plaintiffs*, RYDERWOOD
IMPROVEMENT AND SERVICE ASSOCIATION, INC.,
*Respondent*, v. GABRIEL GORO,
*Defendant*, JOHN H. BICHLER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 05-2-01301-1, Stephen M. Warning, J., entered
January 5, 2007. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Armstrong and Quinn-
Brintnall, JJ.

[No. 35979-1-II.   Division Two.   June 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY GLYNN
CECIL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 06-1-01571-1, Robert L. Harris, J., entered
February 20, 2007. *Affirmed* by unpublished opinion
per Van Deren, C.J., concurred in by Bridgewater and
Armstrong, JJ.

[No. 36234-1-II.   Division Two.   June 17, 2008.]

*In the Matter of the Personal Restraint of* BOB R.
KASEWETER, *Petitioner*.

Petition for relief from personal restraint. *Denied* by
unpublished opinion per Penoyar, A.C.J., concurred in by
Houghton and Hunt, JJ.

[No. 36405-1-II.   Division Two.   June 17, 2008.]

TERESA CLUTE ET AL., *Appellants*, v. FURM M. DUNCAN, JR.,
*Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 03-2-01516-5, James E. Warme, J., entered
May 7, 2007. *Affirmed* by unpublished opinion per Penoyar,
A.C.J., concurred in by Houghton and Hunt, JJ.